Kevin MURPHY, Plaintiff–Appellant,

v.

Robert SHAW, Unit Sergeant; Larry Bearley, Hearings Officer; Michael Mahoney, Bureau Warden; Myron Beeson, Bureau Warden; and Richard S. Day, Director, Department of Corrections, Defendants–Appellees.

No. 97–35989.

United States Court of Appeals, Ninth Circuit.

Filed June 12, 2001

Before: B. FLETCHER, REINHARDT, and THOMAS, Circuit Judges.

## ORDER

We remand to the district court to determine in light of the opinion in *Shaw v. Murphy,* —— U.S. ——, 121 S.Ct. 1475, 149 L.Ed.2d 420 (2001), whether the prison regulations—particularly the rules forbidding insolence and interference with due process hearings—as applied to Murphy in this case are "reasonably related to legiti-

mate penological interests" *Turner v. Safley*, 482 U.S. 78, 79, 107 S.Ct. 2254, 96 L.Ed.2d 64 (1987), or vague and overboard as applied to him.